# UNITED STATES COURT OF INTERNATIONAL TRADE

Before: Honorable Richard K. Eaton, Senior Judge

| | |
|---|---|
| VECOPLAN, LLC, | : |
|                  Plaintiff, | : |
| | : |
| | : Court No. 20-126 |
|     v. | : |
| | : |
| UNITED STATES, | : |
| | : |
|                  Defendant. | : |

## **RESPONSE TO THE COURT'S RULE 16 NOTICE**

In its letter of April 6, 2021, the Court requested that the parties confer and propose a scheduling order to govern the resolution of this matter. That proposed order has been filed along with this response. The Court also requested answers to questions, which are provided below. This Response has been shared with Counsel for the Defendant, who agrees with the following statements:

1. Plaintiff asserts jurisdiction for this matter under 28 U.S.C. § 1581(a);

2. The parties propose to exchange expert reports, if any, by November 5, 2021;

3. The parties propose to establish a date for the submission of trial exhibits in the context of a pre-trial order if a request for trial is submitted;

4. The approximate duty recovery sought by plaintiff in this matter is $30,497.12, exclusive of interest; and

5. Should a request for trial be necessary, the parties will submit a proposed order governing preparations for trial.

**BARNES, RICHARDSON & COLBURN**

By: /S/ Lawrence M. Friedman

Lawrence M. Friedman
Meaghan Vander Schaff

303 East Wacker Drive
Suite 305
Chicago, IL 60601
M: 847 331-5797
lfriedman@barnesrichardson.com