**UNITED STATES COURT OF INTERNATIONAL TRADE**

Before: Hon. Richard K. Eaton, Sr. Judge

| | | |
|---|---|---|
| VECOPLAN, LLC, | : | |
|                         Plaintiff, | : | |
| | : | Court No. 20-126 |
|                 v. | : | |
| UNITED STATES, | : | |
|                         Defendant. | : | |

**CONSENT MOTION TO DESIGNATE A TEST CASE**

Pursuant to Rules 83(f) of the United States Court of International Trade, Plaintiff, Vecoplan, LLC, by its attorneys, Barnes, Richardson & Colburn, hereby moves that Court No. 20-126 be designated a test case. This motion was previously filed and was removed from the docket as having been premature. On February 17, 2021, counsel for Vecoplan consulted with counsel for the United States, who consented to test case designation and the suspension requested in this motion "based on the representations of counsel for Vecoplan that this case concerns the same significant questions of law and fact as other Vecoplan cases that are currently pending before the Court of International Trade. As a test case, this action is intended to proceed first to final determination and serve as a test of the right to recovery in the other actions."

Vecoplan filed its complaint in the proposed test case on November 22, 2020. Vecoplan intends to actively prosecute the proposed test case. The cases for which Vecoplan seeks suspension are all entitled <u>Vecoplan, LLC v. United States</u>.

The test case and the cases for which Vecoplan will seek suspension involve the tariff classification of industrial size-reduction machinery used, among other application, in the recycling industry. The legal question in the cases is whether the machines are articles of

HTSUS item 8479.89.9499 (other machine having an individual function) or HTSUS item 8479.82.0080 (crushing, grinding, screening, sifting, etc. machines).

Based on the forgoing, and the consent of the United States, Vecoplan, LLC respectfully requests that the Court grant this order designating Court No. 20-126 as a test case.

                                                Respectfully submitted,

                                                BARNES, RICHARDSON & COLBURN
                                                Attorneys for Plaintiff
                                                303 E. Wacker Drive, Suite 305
                                                Chicago, IL 60601
                                                Tel. (312) 565-2000
                                                lfriedman@barnesrichardson.com

                                                By: /s/ Lawrence M. Friedman
                                                     Lawrence M. Friedman

Dated: April 27, 2021