**UNITED STATES COURT OF INTERNATIONAL TRADE**

Before: Hon. Richard K. Eaton, Sr. Judge

| | | |
|---|---|---|
| VECOPLAN, LLC, | : | |
| Plaintiff, | : | |
| | : | Test Case Court No. 20-126 |
| | : | |
| | : | Proposed Suspensions: |
| v. | : | 20-106 |
| | : | 20-141 |
| UNITED STATES, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**<u>ORDER</u>**

    Plaintiff's Rule 83 motion to designate Court No. 20-126 as a test case having come before the Court and with due consideration to Defendant's consent thereto, it is hereby ORDERED that Court No. 20-126 is designated a test case.

_____
Richard K. Eaton, Sr. Judge

Done this _____ day of _____, 2021