UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| VECOPLAN, LLC, | : |
| Plaintiff, | : |
| v. | : Before: Richard K. Eaton, Judge |
| UNITED STATES, | : Court No. 20-00126 |
| Defendant. | : |

**ORDER**

Upon consideration of Plaintiff's consent motion to designate Court No. 20-00126 as a test case, it is hereby

**ORDERED** that the motion is granted; and it is

**ORDERED** that Court No. 20-00126 is designated a test case.

/S/   Richard K. Eaton
       Judge

Dated: April 28, 2021
       New York, New York